No. 898. UNITED STATES *v.* WESLEY L. SISCHO. June 6, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *The Solicitor General* for the United States. No appearance for respondent.

---

No. 911. JOHN P. KLINE ET AL., ETC. *v.* BURKE CONSTRUCTION COMPANY. June 6, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Frank S. Quinn* and *Mr. William H. Arnold* for petitioners. No appearance for respondent.

---

No. 925. FEDERAL TRADE COMMISSION *v.* CURTIS PUBLISHING COMPANY. June 6, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *The Solicitor General* and *Mr. Adrien F. Busick* for petitioner. *Mr. John G. Milburn, Mr. Joseph W. Welsh, Mr. John G. Milburn, Jr.,* and *Mr. Ralph B. Evans* for respondent.

---

No. 931. FEDERAL TRADE COMMISSION *v.* WINSTED HOSIERY COMPANY. June 6, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *The Solicitor General* and *Mr. Adrien F. Busick* for petitioner. *Mr. Henry P. Molloy* for respondent.